**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 23, 2026

Mr. Frank Paul Bland Jr.

Mr. Shanon J. Carson

Mr. Richard Diggs

Mr. Warren Haskel

Mr. Richard W. Nicholson Jr.

Mr. Joshua B. Simon

Re: Case No. 26-3805
*Ross Greenwood v. Cigna Health and Life Insurance Company, et al*
Originating Case No. 4:25-cv-01759

Dear Counsel,

The appellant's motion to extend time to file the civil appeal statement of parties and issues is **GRANTED**. The civil appeal statement of parties and issues is accepted as timely filed.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Monica
Direct Dial No. 513-564-7021

cc: Mr. Christian Marc Capece